STATE of Missouri, Respondent,

v.

### Gabriel D. HOUSEMAN, Appellant.

#### No. ED 104575

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: May 23, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied July 13, 2017

Application for Transfer to Supreme Court Denied October 31, 2017

Christian Lehmberg, Woodrail Centre, 1000 W. Nifong, Building 7, Suite 100, Columbia, MO 65203, FOR APPELLANT.

Joshua D. Hawley, Attorney General, Karen L. Kramer, Asst. Attorney General, P. O. Box 899, Jefferson City, MO 65102-0899, FOR RESPONDENT.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

### ORDER

PER CURIAM.

Gabriel Houseman appeals from the judgment entered after a bench trial on his conviction for one count of unlawful possession of a firearm. The evidence was sufficient to support the conviction.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).